TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-99-00044-CR

Roy Pearson, Appellant

v.

The State of Texas, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 331ST JUDICIAL DISTRICT

NO. 0982730, HONORABLE BOB PERKINS, JUDGE PRESIDING

PER CURIAM

Appellant Roy Pearson pleaded guilty and judicially confessed to engaging in
organized criminal activity. The district court adjudged him guilty and, pursuant to a plea bargain
agreement, assessed punishment at imprisonment for eight years, suspended imposition of
sentence, and placed appellant on community supervision.

Appellant represents himself on appeal. Appellant did not file a brief or respond
to this Court's notices. See Tex. R. App. P. 38.8(b)(4). We have examined the record and find
no fundamental error that should be considered in the interest of justice.

The judgment of conviction is affirmed.

Before Justices Jones, B. A. Smith and Yeakel

Affirmed

Filed: April 1, 1999

Do Not Publish